**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pablo Armando MEDINA–RUIZ,**
**Defendant–Appellant.**

**Nos. 11–10545, 11–10546.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Karla Delord, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Pablo Armando Medina–Ruiz, Waymart, PA, pro se.

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant–Appellant.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Pablo Armando Medina–Ruiz appeals from the revocation of his supervised release and the concurrent 24–month sentences imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Medina–Ruiz's counsel

---

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Medina–Ruiz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is GRANTED.

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.